No. 98–659. PAUL *v.* WILLIAM MORROW & CO., INC., ET AL. C. A. 11th Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 98–674. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER *v.* WILKINS. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 98–707. CENTRAL OF GEORGIA RAILROAD CO. *v.* MOCK. Ct. App. Ga. Motion of Association of American Railroads for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 98–721. UNITED STATES *v.* PLAYERS INTERNATIONAL, INC., ET AL. C. A. 3d Cir. Motion of Valley Broadcasting Co. et al. for leave to file a brief as *amici curiae* granted. Certiorari before judgment denied.

No. 98–864. ESTOCK CORP., N. V., ET AL. *v.* FIRST NATIONAL BANK OF CHICAGO. C. A. 7th Cir. Motions of Illinois Trial Lawyers Association and Association of Trial Lawyers of America for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 97–1130. PFAFF *v.* WELLS ELECTRONICS, INC., *ante*, p. 55;

No. 97–1975. SPRING *v.* WASHINGTON, *ante*, p. 821;

No. 97–8620. ESCOBAR *v.* UNITED STATES, *ante*, p. 829;

No. 97–8960. LOWE *v.* OKLAHOMA, *ante*, p. 832;

No. 97–8984. BRADFORD *v.* THOMPSON, WARDEN, *ante*, p. 833;

No. 97–9352. IN RE LOWE, *ante*, p. 807;

No. 97–9429. IN RE LOWE, *ante*, p. 808;

No. 97–9503. MATHIS *v.* ODEN ET AL., *ante*, p. 855;

No. 97–9529. ASHIEGBU *v.* KIM ET AL., *ante*, p. 857;

No. 97–9552. ASHIEGBU *v.* HERRON, OHIO BUREAU OF EMPLOYMENT SERVICES, ET AL., *ante*, p. 858;

No. 97–9626. LEGRANDE *v.* EASLEY, ATTORNEY GENERAL OF NORTH CAROLINA, *ante*, p. 929;

No. 97–9633. EPLEY *v.* TEXAS, *ante*, p. 863;

No. 97–9661. IN RE LOWE, *ante*, p. 808;

No. 97–9667. ANDERSON *v.* GARNER, WARDEN, *ante*, p. 865;

No. 97–9693. Brown v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division, *ante*, p. 867;

No. 98–9. Emanuel et al., dba Salvation Disposal & Construction Co. v. J. M. Container Corp., *ante*, p. 867;

No. 98–277. Armstrong v. School District of Philadelphia et al., *ante*, p. 879;

No. 98–386. Perales v. Supreme Court of Texas et al., *ante*, p. 965;

No. 98–478. Donner v. Donner, Deceased, *ante*, p. 1002;

No. 98–497. Hanlon v. Dunbar, *ante*, p. 983;

No. 98–503. Bello, dba Nucleus Oil Co. v. Citizens National Bank et al., *ante*, p. 983;

No. 98–573. Brandt v. Orthopedics Consultants of Washington et al., *ante*, p. 1019;

No. 98–602. Smith-Gregg v. Department of the Interior, *ante*, p. 983;

No. 98–5006. Rojas v. United States Postal Service, *ante*, p. 880;

No. 98–5077. Lowe v. Monard, *ante*, p. 885;

No. 98–5105. In re Lowe, *ante*, p. 808;

No. 98–5197. In re Lowe, *ante*, p. 808;

No. 98–5242. Hensler v. United States District Court for the Western District of Texas, *ante*, p. 894;

No. 98–5246. Butler v. Gammick, District Attorney, Washoe County, Nevada, *ante*, p. 894;

No. 98–5256. Rothel v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division, *ante*, p. 895;

No. 98–5282. In re Lowe, *ante*, p. 808;

No. 98–5343. Ashiegbu v. Damschroder, *ante*, p. 899;

No. 98–5344. Barbour v. Michigan Department of Social Services, *ante*, p. 900;

No. 98–5399. Daniels v. Workers' Compensation Appeals Board et al., *ante*, p. 903;

No. 98–5416. Brown v. United States, *ante*, p. 904;

No. 98–5435. Slagel v. Shell Oil Co. et al., *ante*, p. 905;

No. 98–5463. Clark v. United States, *ante*, p. 899;

No. 98–5514. Lowe v. Oklahoma, *ante*, p. 934;

No. 98–5568. Singleton v. Lewis et al., *ante*, p. 935;

No. 98–5635. Diaz v. United States, *ante*, p. 913;

No. 98–5659.  COEDLE *v.* SQUARE D CO. ET AL., *ante,* p. 937;

No. 98–5769.  JENKINS *v.* GEORGIA, *ante,* p. 968;

No. 98–5787.  FAUSTINO RIVERA *v.* FLORIDA, *ante,* p. 968;

No. 98–5788.  PATTERSON *v.* SOUTH CAROLINA, *ante,* p. 968;

No. 98–5789.  IN RE LINCOLN, *ante,* p. 807;

No. 98–5809.  HILL *v.* TURPIN, WARDEN, *ante,* p. 969;

No. 98–5833.  BARNES *v.* GEORGIA, *ante,* p. 969;

No. 98–5850.  RAWLINS *v.* ARIZONA DEPARTMENT OF CORRECTIONS ET AL., *ante,* p. 970;

No. 98–5899.  NADDI *v.* HILL, WARDEN, ET AL., *ante,* p. 970;

No. 98–5968.  RICHARDSON *v.* HUFFMAN, *ante,* p. 984;

No. 98–6008.  JONES ET AL. *v.* TEXAS, *ante,* p. 1005;

No. 98–6031.  HY THI NGUYEN *v.* DALTON, SECRETARY OF THE NAVY, *ante,* p. 953;

No. 98–6124.  MOODY *v.* MOODY, *ante,* p. 1021;

No. 98–6158.  CARROLL *v.* LOCAL 144 PENSION FUND ET AL., *ante,* p. 973;

No. 98–6194.  HAGANS *v.* CLINTON, PRESIDENT OF THE UNITED STATES, *ante,* p. 986;

No. 98–6230.  IN RE SEDDENS, *ante,* p. 946;

No. 98–6245.  HARRIS *v.* PRINCE GEORGE'S COUNTY PUBLIC SCHOOLS, *ante,* p. 1024;

No. 98–6274.  SIKORA *v.* BOHN, *ante,* p. 986;

No. 98–6278.  SIDLES *v.* STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL., *ante,* p. 987;

No. 98–6316.  SCHWARZ *v.* DEPARTMENT OF STATE, *ante,* p. 1025;

No. 98–6317.  SCHWARZ *v.* FEDERAL BUREAU OF PRISONS ET AL., *ante,* p. 1025;

No. 98–6318.  SCHWARZ *v.* EXECUTIVE OFFICE OF THE PRESIDENT, *ante,* p. 1025;

No. 98–6373.  LERMA *v.* UNITED STATES, *ante,* p. 988;

No. 98–6480.  LANCELLOTTI *v.* UNITED STATES, *ante,* p. 1009;

No. 98–6561.  IN RE EVERHART, *ante,* p. 999; and

No. 98–6623.  SCHWARZ *v.* INTERNAL REVENUE SERVICE, *ante,* p. 1031.  Petitions for rehearing denied.

No. 92–1449.  PARKER *v.* OREGON STATE BOARD OF BAR EXAMINERS, 508 U. S. 950.  Motion of petitioner for leave to proceed further herein *in forma pauperis* granted.  Motion for leave to file petition for rehearing denied.